# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Catheshia Hall

v.                                                              Case Number: 4:24–cv–00974

U.S. Bank National Association

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 6/17/2024

**TIME:** 10:45 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   April 25, 2024                                                                   Nathan Ochsner, Clerk